MAUDE V. SPENCE KNECHTEL, Appellant, v. GEORGE A. MORRISON, Individually and as Executor, etc., of WILLIAM J. FAIR, Deceased, and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

MILDRED I. LEAHY, Respondent, v. 28-25 FOURTH AVENUE CORPORATION and Others, Appellants. HARRIS PECKER and JOSEPH LEBOVITZ, Copartners, Doing Business under the Firm Name of PECKER IRON WORKS, Defendants, and LIBERTY PARQUET FLOOR CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.

ISAAC LEVIN, Appellant, v. SOL LEVIN FIXTURES CORPORATION and Others, Defendants, and SOL LEVIN, Respondent.— Order denying motion to punish for contempt affirmed, without costs. While we are of opinion that there was a technical violation of the restraint contained in the order to show cause, which motion was granted, thus differentiating the case from that of *Dady* v. *O'Rourke* (71 App. Div. 557), still we find no denial of the respondent's claim of the assumption by the corporation of the copartnership debts which were included among the payments made by the respondent. The contempt does not appear to us to have been willful or intentional. (*Thompson* v. *Thompson*, 197 App. Div. 228.) In the circumstances we conclude that punishment for contempt would not be in the interests of justice. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

MARGARET LYNN, Suing as Stockholder of GALLAGHER AND LYNN, INCORPORATED, a Domestic Corporation, and for All Other Stockholders of Said Company, Similarly Situated, Appellant, v. MARIE GALLAGHER, as Executrix, etc., of PATRICK GALLAGHER, Deceased, Respondent, and Others, Defendants.— Order granting motion to dismiss amended complaint as against defendant Marie Gallagher, as executrix, and judgment entered thereon, reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to said defendant to answer within ten days from service of a copy of the order herein. In so far as concerns respondent, the complaint states a cause of action. (*Pierson* v. *Morgan*, 17 Civ. Proc. Rep. 124; affd., 121 N. Y. 705.) Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ., concur.

ANNA C. MAHONEY, Respondent, v. THOMAS O'BRIEN, Appellant.— Judgment of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

MARGARET MAHONEY, Respondent, v. THOMAS O'BRIEN, Appellant.— Judgment of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.